**Motion Granted; Appeal Dismissed and Memorandum Opinion filed July 31, 2025**



In The

# Fifteenth Court of Appeals

---

### NO. 15-25-00083-CV

---

## DR. ROBERT TAFEL; ROBERT E. TAFEL, D.D.S., PA D/B/A BEAR CREEK FAMILY DENTISTRY; BUCKNER MARKETPLACE DENTAL, PA D/B/A BEAR CREEK FAMILY DENTISTRY, ET AL., Appellants

### V.

### D.S.L., Appellee

---

**On Appeal from the 44th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-11407**

---

### MEMORANDUM OPINION

This is an interlocutory appeal from an order signed July 31, 2024. On July 16, 2025, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Brister and Justices Field and Farris.